IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| TROY A. BARNES, | Civil No. 4:16-cv-00048-JTJ |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO AMEND THE BRIEFING SCHEDULE |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security | |
| Defendant. | |

After considering the Defendant's Unopposed Motion to Amend the Briefing Schedule to file Defendant's response to Plaintiff's opening brief, and that Plaintiff's counsel has been contacted and has indicated no objection regarding this motion, it is hereby: ORDERED that an extension, to and including November 28, 2016, is granted.

DATED this 27th day of October, 2016.

John Johnston
United States Magistrate Judge