IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TROY A. BARNES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Civil No. 4:16-cv-00048-JTJ<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the case be REVERSED and REMANDED for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an administrative law judge (ALJ) shall offer Plaintiff an opportunity for a new hearing, further develop the record, and issue a new decision. The ALJ shall also:

- Reevaluate and weight the medical opinions of record and resolve any conflicts among opinions, with reference to specific evidence of record, in particular the opinions from Dr. Bateen, Dr. Paris, Dr. Tillotson, and Dr. Stivers;

- if warranted, consider obtaining testimony from a medical expert;

- reconsider the VA disability determination;

- reevaluate Plaintiff's allegations regarding symptoms and limitations;

- further evaluate Plaintiff's residual functional capacity, and if warranted, obtain supplemental testimony from a vocational expert.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 22nd day of November, 2016.

/s/ John Johnston
John Johnston
United States Magistrate Judge